
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PARALLEL IRON, LLC § § Plaintiff, § § v. § § ACCELA COMMUNICATIONS, INC., et. al, § § Defendants. § | Civil Action No. 6:11-cv-0036-LED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Parallel Iron, LLC, and defendant, Accela Communications, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Parallel Iron, LLC, and defendant, Accela Communications, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENTS IN SUIT SETTLEMENT AGREEMENT" and dated September 15, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 19th day of September, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**