# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Parallel Iron, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>Accela Communications, Inc., *et al.*,<br><br>         Defendants. | Civil Action No. 6:11-cv-00036-LED |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE
## AS TO POTOMAC FUSION, INC.

Before the Court is Plaintiff's Notice of Dismissal as to Potomac Fusion, Inc. Accordingly, the Court ORDERS that all claims and causes of action set forth in Plaintiff's Complaint against Defendant Potomac Fusion, Inc. are dismissed without prejudice.

**So ORDERED and SIGNED this 14th day of November, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**